# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 4:21-cv-00297-HSG |
| Plaintiff, | Honorable Haywood S. Gilliam, Jr. |
| vs. | |
| JOHN DOE subscriber assigned IP address 107.219.196.95, | **ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |
| Defendant. | |

THIS CAUSE came before the Court upon Plaintiff's e*x-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for April 13, 2021, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until June 15, 2021 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference scheduled for April 13, 2021 is continued to July 13, 2021 at 2:00 p.m.

**DONE AND ORDERED**.

Dated: _____        By: _____
United States District Judge
Hon. Haywood S. Gilliam, Jr.

1